458 A.2d 285

Commonwealth v. Shegog, Appellant.
Petition for Allowance of Appeal
Denied Oct. 4, 1983.

Argued January 13, 1983. Thomas Allen J. Crawford, Jr., for appellant; Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before POPOVICH, MONTGOMERY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

458 A.2d 285

Commonwealth v. Smith, Appellant.

Submitted June 8, 1982. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgments of sentence affirmed.